IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                No. 18-CR-03477 JB

DANIEL GONZALES, DANIEL MARTINEZ, and
EILEEN SANDOVAL,

    Defendants.

## MOTION TO WITHDRAW

Molly Schmidt-Nowara respectfully requests the Court enter an order allowing her withdrawal as counsel for Defendant Eileen Sandoval. Shammara Henderson (Freedman Boyd Hollander Goldberg Urias & Ward, P. A.) and Joe Shattuk will represent Defendant Eileen Sandoval.

                                              Respectfully Submitted,

                                              */S/ Electronically signed 2.25.19*
                                              Shammara H. Henderson
                                              Freedman Boyd Hollander
                                              Goldberg Urias & Ward, P.A.
                                              20 First Plaza, Ste. 700
                                              Albuquerque, NM 87102
                                              505-842-9960 office
                                              505-842-0761 fax

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2019, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

                              Respectfully Submitted,

                              */S/ Shammara H. Henderson*
                              Shammara H. Henderson
                              Attorney for Defendant